# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WILLIAM ELI FOWERS,<br><br>                Plaintiff,<br><br>v.<br><br>SCOTT CROWTHER,<br><br>                Defendant. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 1:16-CV-177-DN<br><br>District Judge David Nuffer |

In an Order dated August 8, 2017, (Docket Entry # 9), the Court required Plaintiff to--within 120 days--"file his reply to Defendant's Motion to Dismiss," (Docket Entry # 6). That gave Plaintiff until December 4, 2017 to file his reply.

On August 25, 2017, Plaintiff filed a notice of change of address. The Court re-sent its August 8th order to the new address.

Still, Plaintiff has not responded.

IT IS THEREFORE ORDERED that, because Plaintiff has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's action is DISMISSED without prejudice.

        DATED this 17th day of January, 2018.

                                    BY THE COURT:

                                    CHIEF JUDGE DAVID NUFFER
                                    United States District Court